```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   1:24-mj-00911-RA-2
    -against-                       :   ORDER
                                    :
Jaime Pinilla Gomez                 :
                                    :
Defendant                           :
                                    :
------------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include:

- Mental health evaluation/treatment as directed by Pretrial Services

Dated: New York, New York
October 15, 2024

SO ORDERED:

_____
Ronnie Abrams
United States District Judge