**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------x

UNITED STATES OF AMERICA :

-against- :

Jaime Pinilla Gomez :

----------------------------------------x

**ORDER**

24-mj-911-RA-2
Docket #

Ronnie Abrams District Judge
Judge's Name

The C.J.A. attorney assigned to receive cases on this day, Parvin Moyne is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC 9/29/2026.

**SO ORDERED.**

UNITED STATES DISTRICT JUDGE

September 29, 2026
**Dated: New York, New York**